**Order filed September 24, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00225-CR

_____

## IN RE CHARLES WILLIAM ROBERTSON

**Original Mandamus Proceeding**

### O R D E R

Relator, Charles William Robertson, has brought a mandamus action against the State of Texas; Ector County; the Honorable Denn Whalen,[1] Judge of the 70th District Court of Ector County; Scott M. Layh,[2] a former assistant district attorney; R.N. (Bobby) Bland, District Attorney; and Janis Donn Morgan, the former District Clerk of Ector County. He alleges that Judge Whalen has not ruled on two nunc pro tunc motions that Relator filed with the district court in which he prayed that the trial

---

[1]It is noted that Relator identifies the district judge as Denn Walden, instead of Denn Whalen.

[2]It is noted that Relator identifies Scott M. Layh as an assistant district attorney, instead of M. Scott Layh. M. Scott Layh currently serves as the Judge of the County Court at Law No. 2 of Ector County.

court would set aside his illegal sentence and release him from custody. The first motion is dated May 20, 2015, and the second motion is dated July 8, 2015.

The real party in interest, the State of Texas, is requested to file a response to Relator's petition for writ of mandamus with this court on or before October 19, 2015. In the interim, if this court receives written notice that each of Relator's nunc pro tunc motions have been ruled on by the trial court, we will deny the petition for writ of mandamus because the relief requested by Relator will have already occurred and the issue presented in the petition would then be moot.

PER CURIAM

September 24, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.